**United States District Court**
For the Northern District of California

1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   HECTOR R. VILA, Sramineus Homo, US              No. C 08-00439 WHA
     Vessel,
11
                     Plaintiff,
12                                                    **ORDER OF DISMISSAL**
        v.
13
     DAVID M. APPLEGATE, and GMAC
14   MORTGAGE, US Vessel,

15                   Defendant.
                                                    /
16

17          The case is DISMISSED for lack of prosecution due to the failure of plaintiff to appear

18   at a properly notified case management conference (on May 1, 2008) and because the complaint

19   is fraudulent, frivolous and incomprehensible.

20

21          **IT IS SO ORDERED.**

22

23   Dated: May 1, 2008

24                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


HECTOR R. VILA,

              Plaintiff,

  v.

GMAC MORTGAGE et al,

              Defendant.

_____/

Case Number: CV08-00439 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Hector R. Vila
3005 Pear St.
Antoich, CA 94509-5219

Dated: May 5, 2008

                      Richard W. Wieking, Clerk
                      By: Dawn Toland, Deputy Clerk