IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. VILA, Sramineus Homo, US Vessel, | No. C 08-00439 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DAVID M. APPLEGATE, and GMAC MORTGAGE, US Vessel, | |
| Defendant. | |

The case is DISMISSED for lack of prosecution due to the failure of plaintiff to appear at a properly notified case management conference (on May 1, 2008) and because the complaint is fraudulent, frivolous and incomprehensible.

**IT IS SO ORDERED.**

Dated: May 1, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE