**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. VILA, Sramineus Homo, US Vessel, | No. C 08-00439 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DAVID APPLEGATE, and GMAC MORTGAGE, US Vessel, | |
| Defendant. | |

For the reasons stated in the accompanying order of dismissal, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 1, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


HECTOR R. VILA,

                Plaintiff,

  v.

GMAC MORTGAGE et al,

                Defendant.
                                      /

Case Number: CV08-00439 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Hector R. Vila
3005 Pear St.
Antoich, CA 94509-5219

Dated: May 5, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk