**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 1, 2008

Case No.  C 08-00439 WHA

Title: HECTOR VILA  v. GMAC MORTGAGE

Plaintiff Attorneys: N/A

Defense Attorneys: N/A

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - NOT HELD

2)   

Continued to _ for Further Case Management Conference

Continued to _ for Pretrial Conference

Continued to _ for Trial

**ORDERED AFTER HEARING:**

No one appeared.  Case shall be dismissed for lack of prosecution.