**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hector R. Vila | C08-439 WHA |
| DEFENDANT | TYPE OF PROCESS |
| David Applegate, GMAC Mortgage | Summons, Complaint, Orders |

**FILED** JUN 2 2008

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- David Appelgate, GMAC Mortgage
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- 3001 E. Cambelback Rd., Phoenix, AZ 85016

FILED
RECEIVED COPY
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAY 27 2008

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Hector R. Vila
3005 Pear St.
Antioch, CA 94509-5219

Number of process to be served with this form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT
SUSAN IMBRIANI
TELEPHONE NUMBER: 415-522-2061
DATE: 04/24/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 11
District to Serve: No. 8
Signature of Authorized USMS Deputy or Clerk
Date: 4/25/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date:
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges Forwarding Fee (including endeavors) | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|
| 45.00 | 8.48m @ .50.5¢ = $4.29 | $49.29 | | $0.00 |

REMARKS: 5/8/08 - Trvl to Phx, AZ for personal service
5/21/08 - Endeavor Made Person not Found at GMAC Mortgage

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00